# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                                    In Bankruptcy

Lisa Marie Fox                                       Chapter 7
                                                     Case No. 08-57624-mbm
Debtor(s).                                           Hon. Marci B. McIvor
_____/

## TRUSTEE'S APPLICATION FOR ORDER APPROVING COMPROMISE

Timothy J. Miller, Trustee, by and through his attorneys, Schneider Miller, P.C., states:

1. Timothy J. Miller is the duly appointed and acting Chapter 7 Trustee in this case.

2. The Debtor filed bankruptcy on July 22, 2008.

3. The Debtor holds and interest in an annuity that is held by American Century Investments that was valued at $5,410.83 as of the date of petition. The annuity is currently valued at $3,511.69.

4. The Debtor did not disclose this annuity in her original schedules and statements.

5. After the Trustee discovered the existence of this annuity, the Debtor

amended her schedules to disclose the annuity and exempt the same.

6.  The Trustee objected to the exemption for failure to disclose the asset.

7.  The annuity is jointly owned by the Debtor and her mother.

8.  The Debtor and the Trustee have reached an agreement to settle the Trustee's objections whereby Debtor will pay to the Trustee half the current value of the annuity, a total of $1,755.85, by no later than February 27, 2009.

9.  The Trustee believes that Court approval of this settlement is in the best interest of the estate and its creditors for the reason, among others, that the costs of litigation are unwarranted in light of the proposed settlement. There may also be defenses raised which subject the estate to a risk of no recovery.

10. It is generally held that he bankruptcy court may approve a settlement if it is fair and equitable and is in the estate's best interest. *Reynolds v. C.I.R.*, 861 F.2d 469, 473 (Sixth Cir., 1988); *In Re American Reserve Corp.*, 849 F.2d 159, 161 (Seventh Cir., 1987) .

11. Four Factors are relevant to the bankruptcy court's review of a proposed compromise:
   a.  The probability of success in the litigation;
   b.  The difficulties, if any, to be encountered in the matter of collection;

c. The complexity of the litigation involved, the expense, inconvenience, and delay necessarily attending it; and

d. The paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*In Re Jackson Brewing Co.*, 624 F.2d 605, 607 (Fifth Cir., 1980); *In Re American Reserve Corp.*, 841 F.2d 161; *In Re Woodson*, 839 F.2d 610, 620 (Ninth Cir., 1998).

The Trustee, in recommending that this court approve the proposed compromise, has given due weight to the four (4) criteria set forth above and believes that the proposed compromise is fair and equitable and in the best interest of the estate and its creditors.

12. The Trustee has provided notice to creditors of the proposed compromise of the claim in accordance with L.B.R. 9014-1 (E.D.M.).

WHEREFORE, the Trustee requests this Court enter the attached proposed Order Approving Compromise.

Dated: February 20, 2009

/s/ Kimberly Ross Clayson
Kimberly Ross Clayson
Attorney for the Trustee
Schneider Miller, P.C.
645 Griswold, Suite 3900
Detroit, MI 48226
313-237-0850
kclayson@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                  In Bankruptcy

Lisa Marie Fox                                     Chapter 7
                                                   Case No. 08-57624-mbm
Debtor(s).                                         Hon. Marci B. McIvor
_____/

**Exhibit List**

| Exhibit | Description |
|---|---|
| A | Stipulation dated February 20, 2009 |
| 1 | Proposed Order |
| 2 | Notice of Opportunity to Respond |
| 3 | Certificate of Service |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| Lisa Marie Fox | Chapter 7 |
| | Case No. 08-57624-mbm |
| Debtor(s). | Hon. Marci B. McIvor |
| _____/ | |

[PROPOSED]
**ORDER APPROVING
COMPROMISE**

This matter having come before the Court upon the Trustee's Application for Order Approving Compromise (the "Application"). Notice of the Application was served upon all parties in interest pursuant to applicable bankruptcy rules. No Objection nor request for hearing was filed. The Court being otherwise duly advised in the premises,

IT IS HEREBY ORDERED that the Trustee is authorized to compromise the claims described in the Trustee's Application.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| Lisa Marie Fox | Chapter 7 |
| | Case No. 08-57624-mbm |
| Debtor(s). | Hon. Marci B. McIvor |
| _____/ | |

## NOTICE OF TRUSTEE'S APPLICATION FOR ORDER
## APPROVING COMPROMISE

TO: ALL CREDITORS AND PARTIES IN INTEREST:

Timothy J. Miller, the Chapter 7 Trustee, and Debtor Lisa M. Fox, have agreed to settle the Trustee's objections to Debtor's Amended Exemptions in Debtor's annuities. The proposed settlement provides Debtor will pay to the Trustee half the current value of the annuity, a total of $1,755.85, by no later than February 27, 2009. The Trustee's Application for Order Approving Compromise is on file with the Court where it may be viewed by the public.

**Your right may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the application, or if you want the court to consider your views on the application, within twenty (20) days of the date of this notice, you or your attorney must:

1. File with the court a written objection or request for hearing on the application explaining your position, at:

   United States Bankruptcy Court
   211 West Fort Street, 17th Floor
   Detroit, Michigan 48226

If you mail your objection or request for hearing to the court for the filing, you must mail it early enough so that the court will **receive** it on or before the 20 day period expires.
You must also mail a copy to:

   Kimberly Ross Clayson
   Schneider Miller, P.C.
   645 Griswold, Suite 3900
   Detroit, Michigan 48226

2. If an objection or request for hearing is timely filed and served, the clerk will schedule a hearing on the application and you'll be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief in the application and may enter an order granting that relief.**

| | |
|---|---|
| Dated: February 20, 2009 | /s/ Kimberly Ross Clayson |
| | Kimberly Ross Clayson (P69804) |
| | Attorney for the Trustee |
| | Schneider Miller, P.C. |
| | 645 Griswold, Suite 3900 |
| | Detroit, MI 48226 |
| | 313-237-0850 |
| | kclayson@schneidermiller.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                In Bankruptcy

Lisa Marie Fox                                   Chapter 7
                                                            Case No. 08-57624-mbm
Debtor(s).                                       Hon. Marci B. McIvor
_____/

## CERTIFICATE OF SERVICE

Re:     Trustee's Application for Order Approving Compromise, Proposed Order, Notice of Opportunity to Respond and Certificate of Service.

       I hereby certify that on the 20th day of February, 2009, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

I also certify that Notice of the Trustee's Application was served via first class mail, postage prepaid, to all creditors on the court's mailing matrix.

                                                    /s/Kimberly Ross Clayson
                                                    Kimberly Ross Clayson (P69804)
                                                    Attorney for the Trustee
                                                    Schneider Miller, P.C.
                                                    645 Griswold, Suite 3900
                                                    Detroit, MI 48226
                                                    313-237-0850
                                                    kclayson@schneidermiller.com