# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| Lisa Marie Fox | Chapter 7 |
| | Case No. 08-57624-mbm |
| Debtor(s). | Hon. Marci B. McIvor |
| _____/ | |

## ORDER APPROVING COMPROMISE

This matter having come before the Court upon the Trustee's Application for Order Approving Compromise (the "Application"). Notice of the Application was served upon all parties in interest pursuant to applicable bankruptcy rules. No Objection nor request for hearing was filed. The Court being otherwise duly advised in the premises,

IT IS HEREBY ORDERED that the Trustee is authorized to compromise the claims described in the Trustee's Application.

**Signed on March 19, 2009**

                                                    **/s/ Marci B. McIvor**
                                              **Marci B. McIvor**
                                              **United States Bankruptcy Judge**